# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE                          NO. 2020 CW 0065
INTERDICTION OF KEDRIC J.
FLEMING

CONSOLIDATED WITH

KEDRIC JEROD FLEMING

VERSUS
                                             APR 2 8 2020
APRIL DENISE JOHNSON FLEMING

---

In Re:   April Denise Johnson Fleming, applying for supervisory
         writs, 18th Judicial District Court, Parish of
         Iberville, Nos. 77950 c/w 78455.

---

BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED ON THE SHOWING MADE.

                        TMH
                        AHP
                        WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT